# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————————

### No. ACM S32672

————————————————

### UNITED STATES
*Appellee*

**v.**

### Joshua J. PALASCHAK
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————————

Appeal from the United States Air Force Trial Judiciary

Decided 30 September 2021

————————————————

*Military Judge:* Colin P. Eichenberger.

*Sentence:* Sentence adjudged on 15 July 2020 by SpCM convened at F.E. Warren Air Force Base, Wyoming. Sentence entered by military judge on 1 August 2020: Bad-conduct discharge, confinement for 75 days, forfeiture of $1,155.00 pay for one month, and reduction to E-1.

*For Appellant:* Major Patrick J. Hughes, USAF.

*For Appellee:* Mary Ellen Payne, Esq.

Before POSCH, RICHARDSON, and GOODWIN, *Appellate Military Judges*.

————————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————————

PER CURIAM:

The findings and sentence as entered are correct in law and fact, and no

error materially prejudicial to Appellant's substantial rights occurred.* Articles 59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d) (*Manual for Courts-Martial, United States* (2019 ed.)).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court

---

* In our review of the record of trial, we discovered the Stipulation of Fact, marked as Prosecution Exhibit 1, was missing its three attachments. However, we discovered all three attachments are located in the "Pretrial" section of the record. We completed our review without returning the record for correction under Rule for Courts-Martial 1112(d).